FILED
IN OPEN COURT

JUN 19 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 2:19cr 104 |
| v. | ) | |
| | ) | 18 U.S.C. § 371 |
| JOSEPH M. CHIANESE, | ) | Conspiracy |
| (Counts 1 – 3) | ) | (Count 1) |
| and | ) | |
| | ) | 18 U.S.C. § 2320(a)(1) |
| JULIANA L. SCHREIBER, | ) | Trafficking in Counterfeit Goods |
| (Counts 1, 4, and 5) | ) | (Counts 2 - 5) |
| | ) | |
| Defendants. | ) | Forfeiture |

## INDICTMENT

June 2019 Term — at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

### The Conspiracy

1. From in or about March 2017 and continuing through in or about September 8, 2018, the exact dates being unknown, in the Eastern District of Virginia and elsewhere, defendants JOSEPH M. CHIANESE, JULIANA L. SCHREIBER, and other individuals known and unknown to the grand jury, knowingly and unlawfully combined, conspired, confederated, and agreed with each other and with others, both known and unknown to the grand jury, to commit the following offense against the United States:

> To intentionally traffic in and attempt to traffic in goods, and to knowingly use on and in connection with such goods counterfeit marks identical to, and substantially indistinguishable from, genuine marks in use and registered on the principal register of the

United States Patent and Trademark Office, and the use of such counterfeit mark was likely to cause confusion, to cause mistake, and to deceive, in violation of Title 18, United States Code, Section 2320(a)(1).

2. The object of the conspiracy was for the defendants to obtain money and property by purchasing goods with counterfeit trademarks from a foreign source and selling such goods at a profit.

**Ways, Manner, and Means of the Conspiracy**

The ways, manner, and means by which the conspiracy was carried out included, but were not limited to, the following:

3. It was part of the conspiracy for defendant CHIANESE to purchase, via the internet, from contacts in Hong Kong and elsewhere, goods bearing counterfeit marks, such as NFL hats, Yeti mugs, Beats headphones, Ray-Ban sunglasses, Oakley sunglasses, Kylie cosmetics, and Adidas shoes. All of the aforementioned counterfeit marks are identical with, or substantially indistinguishable from, a mark registered on the principal register in the United States Patent and Trademark Office.

4. It was part of the conspiracy for CHIANESE to provide SCHREIBER with goods bearing counterfeit marks (hereinafter "counterfeit goods") that he ordered and that were shipped to him in interstate and foreign commerce.

5. It was part of the conspiracy for CHIANESE to advertise these counterfeit goods for sale, via the internet, through the social media website Facebook and a marketplace website called Offerup.

6. As part of the conspiracy, SCHREIBER registered the user names "Woodstockington" and "Supply Llama" on the marketplace website Offerup. Under these user

2

names, SCHREIBER also offered counterfeit goods for sale.

7.     It was also part of the conspiracy for CHIANESE to rent a stall at a flea market in Norfolk where he displayed counterfeit goods and offered them for sale.

8.     It was part of the conspiracy for CHIANESE and SCHREIBER to sell counterfeit goods for less than the retail value of the genuine goods.

**Overt Acts**

In furtherance of the offense and the object of the conspiracy, the following overt acts, among others, were committed in the Eastern District of Virginia and elsewhere:

9.     On or about March 9, 2017, CHIANESE sold goods bearing counterfeit marks to an undercover law enforcement officer. The counterfeit goods sold included NFL knit caps, Yeti mugs, Beats headphones, Ray-Ban sunglasses, and Adidas shoes.

10.    On or about July 1, 2017, an undercover law enforcement officer communicated with CHIANESE via cell phone to arrange a purchase of beverage tumblers bearing the trademark Yeti. That day, the undercover officer met CHIANESE at a flea market in Norfolk where CHIANESE rented a unit. CHIANESE sold the undercover officer 20 beverage tumblers each bearing a counterfeit trademark.

11.    On or about June 23, 2018, an undercover law enforcement officer went to CHIANESE's unit at the flea market in Norfolk where he spoke to SCHREIBER and CHIANESE. SCHREIBER sold the undercover officer one pair of sunglasses bearing a counterfeit mark that resembled the trademarked brand Oakley. A few minutes later, the undercover officer returned to CHIANESE's unit where CHIANESE sold the undercover officer the following goods: one pair of sunglasses bearing a counterfeit mark that resembled the trademarked brand Oakley; one

Bluetooth-capable wireless speaker bearing a counterfeit mark that resembled the trademarked brand JBL; three beverage tumblers bearing a counterfeit mark that resembled the trademarked brand Yeti.

12. On or about June 28, 2018, an undercover officer contacted the Offerup seller "Woodstockington" to purchase a pair of sunglasses advertised on the website as Ray-Ban Clubmaster sunglasses. The seller provided the undercover officer with an address in Virginia Beach. The undercover officer arrived at the address and purchased sunglasses bearing the trademarked brand Ray-Ban from SCHREIBER for $60.

13. On or about August 29, 2018, an undercover officer contacted the Offerup seller "Supply Llama" to purchase sunglasses advertised on the website as Ray-Ban Clubmaster sunglasses. The seller provided the undercover officer with an address in Virginia Beach. The undercover officer arrived at the address and purchased sunglasses bearing counterfeit marks that resembled the trademarked brand Ray-Ban from SCHREIBER for $60.

14. On or about September 8, 2018, defendants JOSEPH M. CHIANESE and JULIANA L. SCHREIBER possessed and offered for sale various goods bearing counterfeit marks including, but not limited to, approximately 150 pairs of Ray Ban sunglasses, 150 NFL jerseys, and 15 Beats headphones.

(All in violation of Title 18, United States Code, Sections 371 and 2320(a)(1).)

## COUNT TWO

On or about March 9, 2017, in the Eastern District of Virginia, defendant JOSEPH M. CHIANESE, did intentionally traffic in and attempt to traffic in goods, namely NFL knit caps, Yeti mugs, Beats headphones, Ray-Ban sunglasses, and Adidas shoes, and did knowingly use on and in connection with such goods counterfeit marks identical to, and substantially indistinguishable from, genuine marks in use and registered on the principal register of the United States Patent and Trademark Office, and the use of such counterfeit mark was likely to cause confusion, to cause mistake, and to deceive.

(In violation of Title 18, United States Code, Sections 2320(a)(1) and 2.)

## COUNT THREE

On or about August 5, 2017, in the Eastern District of Virginia, defendant JOSEPH M. CHIANESE, did intentionally traffic in and attempt to traffic in goods, namely Yeti beverage tumblers and Oakley sunglasses, and did knowingly use on and in connection with such goods counterfeit marks identical to, and substantially indistinguishable from, genuine marks in use and registered on the principal register of the United States Patent and Trademark Office, and the use of such counterfeit mark was likely to cause confusion, to cause mistake, and to deceive.

(In violation of Title 18, United States Code, Sections 2320(a)(1) and 2.)

## COUNT FOUR

On or about June 28, 2018, in the Eastern District of Virginia, defendant JULIANA L. SCHREIBER, did intentionally traffic in and attempt to traffic in goods, namely Ray-Ban sunglasses, and did knowingly use on and in connection with such goods counterfeit marks identical to, and substantially indistinguishable from, genuine marks in use and registered on the principal register of the United States Patent and Trademark Office, and the use of such counterfeit mark was likely to cause confusion, to cause mistake, and to deceive.

(In violation of Title 18, United States Code, Sections 2320(a)(1) and 2.)

## COUNT FIVE

On or about, August 29, 2018, in the Eastern District of Virginia, defendant JULIANA L. SCHREIBER, did intentionally traffic in and attempt to traffic in goods, namely Ray-Ban sunglasses, and did knowingly use on and in connection with such goods counterfeit marks identical to, and substantially indistinguishable from, genuine marks in use and registered on the principal register of the United States Patent and Trademark Office, and the use of such counterfeit mark was likely to cause confusion, to cause mistake, and to deceive.

(In violation of Title 18, United States Code, Sections 2320(a)(1) and 2.)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendants, if convicted of any of the violations alleged in this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2,

    a. Any property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of the violation;

    b. Any property used, or intended to be used, in any manner or part to commit or facilitate the commission of the violation;

    c. Any article, the making or trafficking of which is, prohibited under 17 U.S.C. § 506 or 18 U.S.C. § 2318 et seq.;

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

3. The property subject to forfeiture under paragraph 1 includes, but is not limited to counterfeit goods seized on September 8, 2018.

(In accordance with Title 18, United States Code, Section 2323(b).)

*United States v. Joseph Chianese, Jr., et al.*
Criminal No. 2:19cr 104

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Randy Stoker
Assistant United States Attorney
Virginia State Bar No. 73455
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
757-441-6331 Office
757-441-6689 Fax
randy.stoker@usdoj.gov