JS 45 (11/2002)

REDACTED

# Criminal Case Cover Sheet

**U.S. District Court**

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number: 2:19cr 104 |
| County/Parish: | Same Defendant: | New Defendant: Joseph Michael Chianese |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

## Defendant Information:

Juvenile: Yes ☐ No ☒   FBI#

Defendant: Joseph Michael Chianese   Alias Name(s):

Address: Virginia Beach, VA

Birth Date: xx-xx-1993   SS#: xxx-xx-xxxx   Sex: M   Race: U   Nationality:   Place of Birth:

Height: 5'8"   Weight: 165   Hair: BRO   Eyes: GRN   Scars/Tattoos:

Interpreter: Yes ☐ No ☒   List Language and/or dialect:

State ID:

## Location Status:

Arrest Date:

☐ Already in Federal Custody as of: _____ in _____ .
☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody
☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested
☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

## Defense Counsel Information:

Name:
☐ Court Appointed
Address:
☐ Retained
Telephone:
☐ Public Defender
Email:

## U.S. Attorney Information:

AUSA: Randy C. Stoker   Telephone No. 757-441-6331   Bar #: 73455

## Complainant Agency, Address & Phone Number or Person & Title:

Tim Harding, Special Agent (DHS)(HSI)

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy | 1 | Felony |
| Set 2 | 18 U.S.C. § 2320(a)(1) | Trafficking in Counterfeit Goods | 2, 3 | Felony |
| Set 3 | | Forfeiture | | |