JS 45 (11/2002)

**REDACTED**

# Criminal Case Cover Sheet — U.S. District Court

| | |
|---|---|
| **Place of Offense:** City: EDVA  County/Parish: | **Under Seal:** Yes ☐ No ☒  Superseding Indictment:  Same Defendant:  Magistrate Judge Case Number:  Search Warrant Case Number:  R 20/R 40 from District of _____ . |
| **Judge Assigned:**  Criminal Number: 2:19cr 104  New Defendant: Juliana Lynn Schreiber  Arraignment Date: | |

## Defendant Information:

Juvenile: Yes ☐ No ☒   FBI#
Defendant: Juliana Lynn Schreiber   Alias Name(s):
Address: Virginia Beach, VA
Birth Date: xx-xx-1997   SS#: xxx-xx-xxxx   Sex: F   Race: U   Nationality:   Place of Birth:
Height: 5'4"   Weight: 125   Hair: BRO   Eyes: BRO   Scars/Tattoos:
Interpreter: Yes ☐ No ☒   List Language and/or dialect:
State ID:

## Location Status:

Arrest Date:
☐ Already in Federal Custody as of: _____ in _____.
☐ Already in State Custody          ☐ On Pretrial Release       ☐ Not in Custody
☒ Arrest Warrant Requested          ☐ Fugitive                  ☐ Summons Requested
☐ Arrest Warrant Pending            ☐ Detention Sought          ☐ Bond

## Defense Counsel Information:

Name:
Address:
☐ Court Appointed
☐ Retained
Telephone:
☐ Public Defender
Email:

## U.S. Attorney Information:

AUSA: Randy C. Stoker   Telephone No. 757-441-6331   Bar #: 73455

## Complainant Agency, Address & Phone Number or Person & Title:

Tim Harding, Special Agent (DHS)(HSI)

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy | 1 | Felony |
| Set 2 | 18 U.S.C. § 2320(a)(1) | Trafficking in Counterfeit Goods | 4, 5 | Felony |
| Set 3 | | Forfeiture | | |